UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
COFANE ASSOCIATES, LLC,

                Plaintiff,

  -against-

LONG ISLAND CITY DEVELOPERS GROUP,
LLC and JOSEPH TORRES,

                Defendants.
------------------------------------------------------------------------x

21-cv-7162 (JS) (ST)

**STIPULATION OF DISMISSAL**

        **WHEREAS**, the Court previously severed Plaintiff's claim against Defendant Joseph Torres and remanded such claim to state court; and

        **WHEREAS**, Plaintiff and the remaining Defendant have agreed to dismiss this action.

        **IT IS HEREBY STUPULATED AND AGREED** that this action is voluntarily dismissed with prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

| | |
|---|---|
| Dated: May 2, 2024<br>       Wantagh, New York | Dated: May 2, 2024<br>       New York, New York |
| **LaMonica Herbst & Maniscalco, LLP**<br>*Attorneys for Plaintiff Cofane Associates, LLC* | **MORRISON TENENBAUM PLLC**<br>*Attorneys for Defendant Long Island City Developers Group, LLC* |
| By: ***/s Lon J. Seidman***<br>    Salvatore LaMonica, Esq.<br>    Lon J. Seidman, Esq.<br>    3305 Jerusalem Avenue, Suite 201<br>    Wantagh, New York 11793<br>    Tel. (516) 826-6500<br>    sl@lhmlawfirm.com<br>    ls@lhmlawfirm.com | By: ***/s/ Lawrence F. Morrison***<br>    Lawrence F. Morrison, Esq.<br>    87 Walker Street, Floor 2<br>    New York, New York 10013<br>    Tel. (212) 620-0938<br>    lmorrison@m-t-law.com |