UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
COFANE ASSOCIATES, LLC,

                Plaintiff,

  -against-

LONG ISLAND CITY DEVELOPERS GROUP,
LLC and JOSEPH TORRES,

                Defendants.
------------------------------------------------------------------------x

21-cv-7162 (JS) (ST)

**STIPULATION OF DISMISSAL**

**WHEREAS**, the Court previously severed Plaintiff's claim against Defendant Joseph Torres and remanded such claim to state court; and

**WHEREAS**, Plaintiff and the remaining Defendant have agreed to dismiss this action.

**IT IS HEREBY STUPULATED AND AGREED** that this action is voluntarily dismissed with prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: May 2, 2024
       Wantagh, New York

**LaMonica Herbst & Maniscalco, LLP**
*Attorneys for Plaintiff Cofane Associates, LLC*

By:   ***/s Lon J. Seidman***
      Salvatore LaMonica, Esq.
      Lon J. Seidman, Esq.
      3305 Jerusalem Avenue, Suite 201
      Wantagh, New York 11793
      Tel. (516) 826-6500
      sl@lhmlawfirm.com
      ls@lhmlawfirm.com

Dated: May 2, 2024
       New York, New York

**MORRISON TENENBAUM PLLC**
*Attorneys for Defendant Long Island City Developers Group, LLC*

By:   ***/s/ Lawrence F. Morrison***
      Lawrence F. Morrison, Esq.
      87 Walker Street, Floor 2
      New York, New York 10013
      Tel. (212) 620-0938
      lmorrison@m-t-law.com

```
    SO ORDERED.  The Clerk of Court is directed to mark this case
    CLOSED.

    Dated:  May 3, 2024                /s/   JOANNA SEYBERT
    Central Islip, New York            Joanna Seybert, U.S.D.J.
```